IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERALD H. NIESTER, II and      :          CIVIL ACTION
NBT, LLC                  :
                         :
        v.               :
                         :
EVA MOORE, ET AL.         :          NO. 08-5160

<u>ORDER</u>

AND NOW, this     22nd     day of July 2009, upon consideration of plaintiffs

Gerald H. Niester, II and NBT, LLC's motion to compel defendant's production of documents

and defendant TD Bank N.A. (formerly Commerce Bankcorp)'s response thereto, it is hereby

ORDERED that plaintiff's motion is GRANTED in part.  Defendant shall produce all documents

created after November 30, 2006, that are responsive to plaintiffs' first request for production of

documents within fifteen (15) days of the date of this Order.


                                      /s Thomas N. O'Neill       
                                  THOMAS N. O'NEILL, JR.     J.