IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD H. NIESTER, II, et al. | : | |
| | : | |
| Plaintiffs, | : | Civ. A. No: 08-cv-5160 |
| | : | |
| v. | : | |
| | : | |
| EVA MOORE, et al. | : | |
| | : | |
| Defendants | : | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS STUART LACHEEN, DIGITAL COMMUNICATION
WAREHOUSE, INC. AND WONDERS OF WIRELESS, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Gerald H. Niester, II and NBT, LLC, by and through their undersigned counsel, hereby dismiss their claims without prejudice as to Defendants Stuart Lacheen, Digital Communication Warehouse, Inc. and Wonders of Wireless, Inc.

/s/ Keri A. Schantz
Richard C. Sokorai
Keri A. Schantz
High Swartz LLP
Attorney for Plaintiffs
40 East Airy St.
Norristown, PA 19401
610-275-0700
610-275-5290 (fax)

Robert D. Sheehan
Shawn R. Cioffi
Sheehan & Associates, PLC
Attorney for Plaintiffs
1460 Walton Blvd., Suite 102
Rochester Hills, MI 48309
248-650-5366

Attorneys for Plaintiffs